IN the MATTER OF DISCIPLINARY PROCEEDINGS AGAINST
Challoner Morse MCBRIDE, Attorney at Law.

Supreme Court

*No. 93–1094–D. Filed October 25, 1994.*

(Also reported in 523 N.W.2d 106.)

## ORDER

On June 13, 1994 the court ordered that the
license of Challoner Morse McBride to practice law in
Wisconsin be revoked as discipline for professional
misconduct and stayed the revocation pending disposi-
tion of the appeal of Ms. McBride's felony convictions
and until further order of the court. *Disciplinary Pro-*

*ceedings Against McBride,* 184 Wis. 2d 604, 516 N.W.2d 421 (1994). The court is informed that on September 7, 1994 the Court of Appeals affirmed Ms. McBride's convictions.

IT IS ORDERED that the stay of the revocation of the license of Challoner Morse McBride to practice law in Wisconsin is vacated and the revocation shall commence the date of service of this order.

Marilyn L. Graves<br>Clerk of Supreme Court